**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02410-RPM-KLM

GAYLENE MEDINA,

    Plaintiff,

v.

THE BUREAUS, INC., an Illinois corporation,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                                  BY THE COURT:

October 22, 2013                s/Richard P. Matsch
_____        _____
DATE                               Richard P. Matsch, Senior District Judge